ELLISON FOLK (State Bar No. 149232)
MATTHEW D. ZINN (State Bar No. 214587)
MARY J. REICHERT (State Bar No. 264280)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA  94102
Telephone:   (415) 552-7272
Facsimile:   (415) 552-5816

H. SINCLAIR KERR, JR. (State Bar No. 61713)
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, CA  94105
Telephone   (415) 371-8500
Facsimile:   (415) 371-0500

Attorneys for Plaintiff
FRIENDS OF HOPE VALLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FRIENDS OF HOPE VALLEY, a California public benefit corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>FREDERICK COMPANY, a/k/a DRESSLER COMPANY, a/k/a FRED H. DRESSLER COMPANY, a Nevada Partnership,<br><br>            Defendant. | Case No. 2:09-CV-02866-JAM-KJN<br><br>**STIPULATION RE EXTENSION OF DEADLINE FOR COMPLETION OF DISCOVERY;  ORDER** |

PDF created with pdfFactory trial version www.pdffactory.com

1  This stipulation between Plaintiff Friends of Hope Valley ("Plaintiff") and Defendant Frederick Company ("Defendant") is made in light of the following facts.  The Court entered its Scheduling Order as of January 4, 2010.  The Scheduling Order sets the cut off for all discovery at August 6, 2010.  Since the entry of the Court's Scheduling Order the parties have diligently pursued discovery and exchange of information.  Both parties have (1) produced and supplemented their document productions; (2) produced and supplemented their Rule 26 disclosures;  and (3) responded to written interrogatories.  In addition, pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendant took the deposition of Plaintiff's Person Most Knowledgeable on a number of subjects on May 24, 2010.  Defendant has noticed the deposition of a percipient witness, Jay Davison, to be taken on July 15, 2010, and had noticed the deposition of Dave Tyack for June 15, 2010, but due to the witness' pending surgery, was continued to be taken in August.  Plaintiff and Defendant are arranging dates for Defendant to be deposed during the second half of July.

There is a discovery dispute between the parties that has impacted the timeline for conducting depositions.  The parties engaged in extensive meet and confer efforts but reached an impasse.  Defendant has filed a motion to compel, which was originally set for hearing on July 1, 2010, and continued by stipulation to July 15, 2010, to allow Plaintiff additional time to prepare a response and to accommodate the Court's requirement that the Joint Statement of Discovery Dispute be filed two weeks before the hearing.

The outcome of the discovery dispute will impact which and how many of Plaintiff's disclosed witnesses need to be deposed before trial.  The parties agree that there may not be enough time following the July 15, 2010 hearing on Defendant's motion to compel for Defendant to take the depositions it will need to take before the current discovery cutoff of August 6, 2010.  Most witnesses in this matter reside in Alpine County and Nevada and taking their depositions will require significant travel and expense.  The parties have endeavored to coordinate dates to avoid repetitive travel.  The parties have discussed and agree that the discovery deadline may be extended to September 13, 2010, without changing any other dates in the Scheduling Order.

PDF created with pdfFactory trial version www.pdffactory.com

The parties have sought no previous extensions of any deadline in the Court's Scheduling Order.

THEREFORE, Plaintiff Friends of Hope Valley and Defendant Frederick Company stipulate and agree as follows:

1. The deadline for Plaintiff and Defendant to complete discovery set forth in the Court's January 4, 2010, Pre-trial Scheduling Order be extended from August 6, 2010, to September 13, 2010.

DATED: June 30, 2010          SHUTE, MIHALY & WEINBERGER LLP
                              KERR & WAGSTAFFE LLP


                              By:   /s/ Matthew D. Zinn
                                    MATTHEW D. ZINN

                              Attorneys for Plaintiff
                              FRIENDS OF HOPE VALLEY


DATED: June 30, 2010          HANSON BRIDGETT LLP


                              By:   /s/ Neil R. Bardack (as authorized on 6/30/10)
                                    NEIL R. BARDACK

                              Attorneys for Defendant
                              FREDERICK COMPANY


GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Date: June 30, 2010           /s/ John A. Mendez
                              HON. JOHN A. MENDEZ, DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com