HANSON BRIDGETT LLP
MICHAEL J. VAN ZANDT - 96777
mvanzandt@hansonbridgett.com
NEIL R. BARDACK - 52198
nbardack@hansonbridgett.com
E. CHARLES CORDES - 217047
ccordes@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant
FREDERICK COMPANY, a/k/a DRESSLER COMPANY,
a/k/a FRED H. DRESSLER COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

FRIENDS OF HOPE VALLEY, a California public benefit corporation,

Plaintiff,

v.

FREDERICK COMPANY, a/k/a DRESSLER COMPANY, a/k/a FRED H. DRESSLER COMPANY, a Nevada partnership,

Defendant.

No. 2:09-CV-02866-JAM-KJN

**STIPULATION AND ORDER RE EXTENSION OF EXPERT DISCLOSURE DEADLINE**



PDF created with pdfFactory trial version www.pdffactory.com

This stipulation between Plaintiff Friends of Hope Valley ("Plaintiff") and Defendant Frederick Company ("Defendant") is made in light of the following facts.

In this action Plaintiff seeks to establish a public recreational easement on land owned by Defendant in Alpine County in the area known as Pleasant Valley. Central to the adjudication of this matter will be facts relating to the timing, nature, and extent of any recreational use of Pleasant Valley by the public in the period preceding March 1972, and which parcels of land Defendant owned in Pleasant Valley in the period of time when an easement could be established.

The Court entered its Scheduling Order as of January 4, 2010, which provided that experts must be designated by June 4, 2010 and that supplemental disclosure and disclosure of any rebuttal experts under was to be made by June 18, 2010. Neither party disclosed an expert by the June 4, 2010 date. The parties have, however, through the course of discovery, discerned the need to present experts at trial. Consequently, Defendant served on Plaintiff an expert disclosure on June 10, 2010, identifying a non-retained expert to testify at trial. Similarly, on July 8, 2010, Plaintiff served on Defendant an expert disclosure identifying a non-retained expert to testify at trial.

The scheduling order provides that the parties may be precluded from offering experts at trial for failing to meet the expert disclosure deadline. Both Defendant and Plaintiff agree that the experts already designated are important to an adequate adjudication of their dispute and wish to ensure that their designations are timely in relation to the requirements of the scheduling order.

The parties have submitted one prior stipulation requesting modification of the scheduling order. See Document No. 18, filed on June 30, 2010. The Court approved that stipulation, extending the discovery cut-off from August 6, 2010 to September 13, 2010. See Document No. 19, filed on July 1, 2010.

THEREFORE, Plaintiff Friends of Hope Valley and Defendant Frederick Company stipulate and agree as follows:

1. The Court's January 4, 2010, Pre-trial Scheduling Order be modified as follows:



PDF created with pdfFactory trial version www.pdffactory.com

The parties shall serve expert witness disclosures under Fed. R. Civ. P. 26(a)(2), by August 16, 2010. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2) shall be served by August 30, 2010.

DATED: July 20, 2010

HANSON BRIDGETT LLP

By: /s/ Neil R. Bardack
NEIL R. BARDACK
Attorneys for Defendant
THE FREDERICK COMPANY

DATED: July 20, 2010

SHUTE, MIHALY & WEIGNBERGER

By: /s/ Matthew D. Zinn
MATTHEW D. ZINN
(as authorized on July 20, 2010)
Attorneys for Plaintiff
THE FRIENDS OF HOPE VALLEY

IT IS SO ORDERED.

Date: July 20, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
U. S. DISTRICT COURT JUDGE



PDF created with pdfFactory trial version www.pdffactory.com