ELLISON FOLK (State Bar No. 149232)
MATTHEW D. ZINN (State Bar No. 214587)
MARY J. REICHERT (State Bar No. 264280)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA  94102
Telephone:   (415) 552-7272
Facsimile:   (415) 552-5816

H. SINCLAIR KERR, JR. (State Bar No. 61713)
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, CA  94105
Telephone   (415) 371-8500
Facsimile:   (415) 371-0500

Attorneys for Plaintiff
FRIENDS OF HOPE VALLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FRIENDS OF HOPE VALLEY, a California public benefit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>FREDERICK COMPANY, a/k/a DRESSLER COMPANY, a/k/a FRED H. DRESSLER COMPANY, a Nevada Partnership,<br><br>    Defendant. | Case No. 2:09-CV-02866-JAM-KJN<br><br>**STIPULATION AND ORDER ALLOWING CERTAIN DISCOVERY AFTER DISCOVERY CUTOFF** |

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, this Court's Status (Pretrial Scheduling) Order established a discovery cutoff of August 6, 2010;

2  WHEREAS, on June 30, 2010, the parties stipulated to an extension of that deadline to September 13, 2010 and this Court approved the extension;

3  WHEREAS, Plaintiff intends to file an application to extend the discovery cutoff until September 30, 2010; and

4  WHEREAS, Defendant objects to that extension, but agrees to allow certain discovery to occur that had been previously agreed to by the parties, namely to produce Devere Dressler for deposition and to reset a date for a site inspection that Plaintiff had previously noticed and was agreed to be reset;

NOW, THEREFORE, the parties stipulate and request that the Court order as follows:

1. Plaintiff's deposition of Devere Dressler and Plaintiff's inspection of the property at issue in this action may both occur after the September 13, 2010 discovery cutoff.

2. This stipulation may be executed in counterparts and by facsimile or email.

DATED: September 10, 2010      SHUTE, MIHALY & WEINBERGER LLP
                               KERR & WAGSTAFFE LLP


                               By:  /s/ Matthew D. Zinn
                                    MATTHEW D. ZINN

                               Attorneys for Plaintiff
                               FRIENDS OF HOPE VALLEY


DATED: September 10, 2010      HANSON BRIDGETT LLP



                               By:  /s/ Neil Bardack (as authorized on 9/10/10)
                                    NEIL BARDACK

                               Attorneys for Defendant
                               FREDERICK COMPANY

PDF created with pdfFactory trial version www.pdffactory.com

1 | **IT IS SO ORDERED.**

2 | DATED: September 13, 2010

4 | /s/ John A. Mendez_____
5 | U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com