ELLISON FOLK (State Bar No. 149232)
MATTHEW D. ZINN (State Bar No. 214587)
MARY J. REICHERT (State Bar No. 264280)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Telephone:  (415) 552-7272
Facsimile:  (415) 552-5816

H. SINCLAIR KERR, JR. (State Bar No. 61713)
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105
Telephone   (415) 371-8500
Facsimile:  (415) 371-0500

Attorneys for Plaintiff
FRIENDS OF HOPE VALLEY

**FILED**

SEP 13 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FRIENDS OF HOPE VALLEY, a California public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK COMPANY, a/k/a DRESSLER COMPANY, a/k/a FRED H. DRESSLER COMPANY, a Nevada Partnership,<br><br>Defendant. | Case No. 2:09-CV-02866-JAM-KJN<br><br>[~~PROPOSED~~] ORDER EXTENDING DISCOVERY CUTOFF |

1   The Court has considered Plaintiff Friends of Hope Valley's Application to Extend
2   Discovery Cutoff, the documents submitted therewith, the arguments of counsel, and the other
3   documents on file with the Court.
4   Good cause appearing, the Court GRANTS Plaintiff's Application and orders as follows:
5   1.   The discovery deadline shall be extended to September 30, 2010.
6   ~~IN THE ALTERNATIVE:~~
7   ~~The Court authorizes Plaintiff to take four nonparty depositions outside the~~
8   ~~existing discovery cutoff of September 13, 2010.~~
9   2.   The remainder of the Status (Pre-Trial Scheduling) Order dated January 4, 2010,
10   remains unaffected by this order.
11   IT IS SO ORDERED.
12   DATED: September 13, 2010

HON. JOHN A. MENDEZ
United States District Judge

[PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF
CASE NO. 9-CV-02866-JAM-KJN