1  ELLISON FOLK (State Bar No. 149232)
   MATTHEW D. ZINN (State Bar No. 214587)
2  MARY J. REICHERT (State Bar No. 264280)
   SHUTE, MIHALY & WEINBERGER LLP
3  396 Hayes Street
   San Francisco, CA  94102
4  Telephone:    (415) 552-7272
   Facsimile:    (415) 552-5816
5
   H. SINCLAIR KERR, JR. (State Bar No. 61713)
6  KERR & WAGSTAFFE LLP
   100 Spear Street, Suite 1800
7  San Francisco, CA  94105
   Telephone    (415) 371-8500
8  Facsimile:    (415) 371-0500

9  Attorneys for Plaintiff
   FRIENDS OF HOPE VALLEY

10

11                  UNITED STATES DISTRICT COURT

12      EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

13

14

| | |
|---|---|
| FRIENDS OF HOPE VALLEY, a California public benefit corporation, | Case No. 2:09-CV-02866-JAM-KJN |
| Plaintiff, | **ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEF AND DECLARATIONS** |
| v. | |
| FREDERICK COMPANY, a/k/a DRESSLER COMPANY, a/k/a FRED H. DRESSLER COMPANY, a Nevada Partnership, | |
| Defendant. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    The Court has considered Plaintiff Friends of Hope Valley's Application to File

2 Supplemental Brief and Declarations, the documents submitted therewith, the arguments of

3 counsel, and the other documents on file with the Court.  Based on the evidence and arguments

4 submitted, the Court finds that good cause supports the application.

5    The Court hereby GRANTS Plaintiff's Application to File Supplemental Brief and

6 Declarations.  Plaintiff may file Plaintiff's Supplemental Brief in Opposition to Motion for

7 Summary Judgment attached as Exhibit 1 to the Application.

8    **Defendant's reply brief may exceed the court's ten (10) page limit in order to**

9 **respond to Plaintiff's Supplemental Brief.  Accordingly, Defendant's reply brief may not**

10 **exceed twenty (20) pages.**

11

12    Dated:  September 24, 2010.

13

14                                        /s/ John A. Mendez
                                          UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEF AND DECLARATIONS
CASE NO. 9-CV-02866-JAM-KJN