1  HANSON BRIDGETT LLP
   MICHAEL J. VAN ZANDT - 96777
2  mvanzandt@hansonbridgett.com
   NEIL R. BARDACK - 52198
3  nbardack@hansonbridgett.com
   E. CHARLES CORDES - 217047
4  ccordes@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, CA  94105
   Telephone:    (415) 777-3200
6  Facsimile:    (415) 541-9366

7  Attorneys for Defendant
   FREDERICK COMPANY, a/k/a DRESSLER COMPANY,
8  a/k/a FRED H. DRESSLER COMPANY

9                   **UNITED STATES DISTRICT COURT**

10        **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

11

| 12 | FRIENDS OF HOPE VALLEY, a California public benefit corporation, | No.        2:09-CV-02866-JAM-KJN |
| 13 | | **ORDER DENYING MOTION TO AMEND COMPLAINT** |
| | Plaintiff, | |
| 14 | | |
| 15 | v. | Date:        October 6, 2010<br>Time:        9:30 a.m. |
| 16 | FREDERICK COMPANY, a/k/a DRESSLER COMPANY, a/k/a FRED H. DRESSLER COMPANY, a Nevada | Judge:       Honorable John A. Mendez<br>Dept.:       Courtroom 6 |
| 17 | partnership, | Complaint filed:   October 14, 2009<br>Trial Date:         January 10, 2011 |
| 18 | Defendant. | |

19

20

21

22

23

24

25

26

27

28

---

ORDER DENYING MOTION TO AMEND COMPLAINT                                2705025.1

PDF created with pdfFactory trial version www.pdffactory.com

1    The motion of Plaintiff Friends of Hope Valley to amend its complaint came on for

2  hearing as noticed at 9:30 a.m. on October 6, 2010.  Plaintiff appeared by Matthew D.

3  Zinn, for Shute, Mihaly & Weinberger and Defendant Frederick Company appeared by

4  Neil R. Bardack, for Hanson Bridgett LLP.

5    After review of the moving papers on file with the Court and the opposition papers

6  thereto and,

7    FOR GOOD CAUSE APPEARING, Plaintiff's motion to amend the complaint is

8  DENIED.

9  IT IS SO ORDERED.

10

11  DATE:  November 5, 2010

12                        /s/ John A. Mendez
                         JUDGE OF THE UNITED STATES DISTRICT COURT
13                        EASTERN DISTRICT OF CALIFORNIA

14  Approved as to form:

15

16  /s/ Matthew D. Zinn
    Matthew D. Zinn

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

ORDER DENYING MOTION TO AMEND COMPLAINT                    2705025.1

PDF created with pdfFactory trial version www.pdffactory.com