HANSON BRIDGETT LLP
MICHAEL J. VAN ZANDT - 96777
mvanzandt@hansonbridgett.com
NEIL R. BARDACK - 52198
nbardack@hansonbridgett.com
E. CHARLES CORDES - 217047
ccordes@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendant
FREDERICK COMPANY, a/k/a DRESSLER COMPANY,
a/k/a FRED H. DRESSLER COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FRIENDS OF HOPE VALLEY, a California public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK COMPANY, a/k/a DRESSLER COMPANY, a/k/a FRED H. DRESSLER COMPANY, a Nevada partnership,<br><br>Defendant. | No.   2:09-CV-02866-JAM-KJN<br><br>**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEF**<br><br>Date:   October 6, 2010<br>Time:   9:30 a.m.<br>Location:   Court Room No. 6<br><br>Complaint filed: October 14, 2009<br>Trial Date: January 10, 2011 |

1  The Court has considered Defendant Frederick Company's Application to File Supplemental Brief, the documents submitted herewith, the arguments or counsel, and the other documents on file with the Court.  Based on the evidence and arguments submitted, the Court finds that good cause supports the application.

The Court hereby GRANTS Defendant's Application to File Supplemental Brief. Defendant may file Defendant's Supplemental Brief in Support of Motion for Summary Judgment attached as Exhibit 1 to the Application.

DATE:  November 5, 2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEF      2736647.1

PDF created with pdfFactory trial version www.pdffactory.com