1  HANSON BRIDGETT LLP
   MICHAEL J. VAN ZANDT - 96777
2  mvanzandt@hansonbridgett.com
   NEIL R. BARDACK - 52198
3  nbardack@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, CA  94105
   Telephone:   (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for Defendant
   FREDERICK COMPANY, a/k/a DRESSLER COMPANY,
7  a/k/a FRED H. DRESSLER COMPANY

8                     **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10

11 FRIENDS OF HOPE VALLEY, a           No.      2:09-CV-02866-JAM-KJN
   California public benefit corporation,
12                                     **ORDER GRANTING DEFENDANT'S EX
              Plaintiff,                PARTE REQUEST TO SUPPLEMENT
13                                      JOINT PRETRIAL CONFERENCE
         v.                             STATEMENT**
14
   FREDERICK COMPANY, a/k/a            Date:     December 10, 2010
15 DRESSLER COMPANY, a/k/a FRED        Time:     3:00 p.m.
   H. DRESSLER COMPANY, a Nevada       Location: Court Room No. 6
16 partnership,
                                       Complaint filed: October 14, 2009
17            Defendant.                Trial Date: January 10, 2011

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE REQUEST TO                 2774725.1
SUPPLEMENTAL TO JOINT PRETRIAL CONFERENCE STATEMENT

PDF created with pdfFactory trial version www.pdffactory.com

1  For GOOD CAUSE THEREFORE, the Court hereby GRANTS Defendant's Exparte Request to Supplement Joint Pretrial Conference Statement.

IT IS SO ORDERED.

DATE: 12/7/2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE REQUEST TO SUPPLEMENTAL TO JOINT PRETRIAL CONFERENCE STATEMENT

2774725.1

PDF created with pdfFactory trial version www.pdffactory.com