HANSON BRIDGETT LLP
MICHAEL J. VAN ZANDT - 96777
mvanzandt@hansonbridgett.com
NEIL R. BARDACK - 52198
nbardack@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
FREDERICK COMPANY, a/k/a DRESSLER COMPANY,
a/k/a FRED H. DRESSLER COMPANY

SHUTE, MIHALY & WEINBERGER LLP
MATTHEW D. ZINN - 214587
zinn@smwlaw.com
396 Hayes Street
San Francisco, CA  94102
Telephone:   (415) 552-7272
Facsimile:    (415)552-5816

Attorney for Plaintiff
FRIENDS OF HOPE VALLEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FRIENDS OF HOPE VALLEY, a California public benefit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>FREDERICK COMPANY, a/k/a DRESSLER COMPANY, a/k/a FRED H. DRESSLER COMPANY, a Nevada partnership,<br><br>        Defendant. | No.     2:09-CV-02866-JAM-KJN<br><br>**STIPULATION TO EXTEND THE DATE TO OBJECT TO PRETRIAL CONFERENCE ORDER AND PROPOSED ORDER**<br><br>Complaint filed: October 14, 2009<br>Trial Date: March 7, 2011 |

STIPULATION TO EXTEND THE DATE TO OBJECT TO THE PRETRIAL CONFERENCE ORDER AND PROPOSED ORDER; CASE NO. 2:09-CV-02866-JAM-KJN

2783837.1

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff FRIENDS OF HOPE VALLEY and Defendant FREDERICK COMPANY, a/k/a DRESSLER COMPANY, a/k/a FRED H. DRESSLER COMPANY by and through their counsel of record, do hereby stipulate to extend the date to object to the Pretrial Conference Order from December 20, 2010 to and including January 10, 2011.

DATED: December 14, 2010   HANSON BRIDGETT LLP

By: /s/ Neil R. Bardack
NEIL R. BARDACK
Attorneys for Defendant
THE FREDERICK COMPANY

DATED: December 14, 2010   SHUTE, MIHALY & WEINBERGER LLP

By: /s/ Matthew D. Zinn
MATTHEW D. ZINN
Attorneys for Plaintiff
FRIENDS OF HOPE VALLEY

**ORDER**

For GOOD CAUSE THEREFORE, the Court hereby extend the date for the parties to object to the Pretrial Conference Order to and including January 10, 2011.

IT IS SO ORDERED.

DATE: December 15, 2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

STIPULATION TO EXTEND THE DATE TO OBJECT TO THE PRETRIAL CONFERENCE ORDER AND PROPOSED ORDER; CASE NO. 2:09-CV-02866-JAM-KJN

2783837.1

PDF created with pdfFactory trial version www.pdffactory.com